**Ex parte Delbert Winston JONES.**

**No. 39811.**

Court of Criminal Appeals of Texas.

June 7, 1967.

Tom L. White, and L. Holt Magee, Monahans, for petitioner.

A. R. Archer, Jr., Monahans, and Leon B. Douglas, State's Atty., Austin, for the State.

OPINION

WOODLEY, Presiding Judge.

In this original habeas corpus proceeding petitioner attacks the legality of his confinement under the judgment of conviction this day reversed and remanded in Jones v. State, Tex.Cr.App., 416 S.W.2d 412.

The petitioner is legally confined to await the disposition of such appeal, the issuance of mandate and to answer the indictment charging him with murder.

The petition for writ of habeas corpus is denied.